

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00243-CR

Robert Rodriguez **FERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2007CR5515
Honorable Melisa Skinner, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED June 25, 2014.

_____
Patricia O. Alvarez, Justice